IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                                                                      CASE NO.: 5:97cr4-SPM

THOMAS ELDORADO LEWIS
_____/

### ORDER

Before the Court is the Government's Rule 35 motion advising that a reduction in Defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing. The Court finds that a reduction is proper to reward Defendant's substantial assistance in the prosecution of others. Accordingly, it is

ORDERED AND ADJUDGED that the Government's motion is GRANTED. Defendant's sentence of confinement is reduced from 180 months to 140 months imprisonment. In all other respects, the original sentence imposed by the Judgment and Commitment order of July 21, 1997 shall remain unchanged.

DONE AND ORDERED on this 27th day of December, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge